UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Julie Rieder,

    Plaintiff,

    v.

Commissioner of Social Security,

    Defendant.

Case No. 2:20–cv–5858

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

On December 13, 2021, United States Magistrate Judge Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 95-2 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation ("R&R") in this Social Security case. R&R, ECF No. 19. The R&R recommended overruling Plaintiff's Statement of Specific Errors and affirming the Commissioner of Social Security's ("Commissioner") decision in this case. *Id.* at 1.

The R&R notified the parties of their right to file objections to the same pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). *Id.* at 15–16. The R&R further specifically advised the parties that the failure to timely object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal a decision by the Undersigned adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Plaintiff's Statement of Specific Errors is **OVERRULED**, and the Commissioner's decision is **AFFIRMED**. The Clerk shall enter judgment for Defendant and terminate this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**